1998 ME 68

**STATE of Maine**

v.

**James KNIGHT.**

Supreme Judicial Court of Maine.

Submitted on Briefs Jan. 16, 1998.

Decided March 27, 1998.

R. Christopher Almy, District Attorney, C. Daniel Wood, Asst. Dist. Atty, Bangor, for the State.

James R. Knight, Bangor, for defendant.

Before WATHEN, C.J., and CLIFFORD, RUDMAN, DANA, LIPEZ, and SAUFLEY, JJ.

WATHEN, Chief Justice.

Defendant James Knight appeals from an order entered in the Superior Court (Penobscot County, *Marden, J.*) staying his probation pending the payment of restitution. The judgment is affirmed by an evenly-divided Court.

The entry is:

Judgment affirmed.